JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Caezarine DONELSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>CAEZARINE DONELSON, )<br>)<br>Defendant. )<br>_____ ) | NO.: CR 12-0057 EMC<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING STATUS HEARING DATE** |

**STIPULATION**

The parties stipulate as follows:

1.      Mr. Donelson recently received discovery materials numbering over 800 pages. While both counsel and Mr. Donelson have reviewed the discovery independently, a joint meeting to review and discuss that discovery will occur later this week. It would be the defense request to continue the Status Hearing in this matter to a date after April 11, 2012

2.      Counsel for the Government has no objection to this matter being continued until May 9, 2012 at 2:30 p.m.

1    3.      The parties further stipulate and agree that the time between April 4, 2012 and May 9,

2      2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. §

3      3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: April 3, 2012                      *-S-*

                              _____
                              DEREK OWENS
                              Assistant United States Attorney

DATED: April 3, 2012

                              *-S-*

                              _____
                              JAMES PHILLIP VAUGHNS.
                              Attorney for Defendant DONELSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR 12-0057 EMC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CAEZARINE DONELSON, | ) | |
| Defendant. | ) | |

The Court hereby ORDERS that the Status Hearing scheduled for April 4, 2012 be vacated and rescheduled for May 9, 2012, at 2:30 p.m. Time shall be excluded from April 4 2012 through May 9, 2012 to facilitate the effective preparation of counsel.

DATED:_____4/4/12_____

Hon. E_____
United_____

IT IS SO ORDERED

Judge Edward M. Chen

- 3 -