1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California   94611
3  Telephone:  510-583-9622
   Facsimile: 510-886-7218
4
   Attorney for Caezarine DONELSON
5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                    **SAN FRANCISCO DIVISION**

10

11
   UNITED STATES OF AMERICA,            )        NO.: CR 12-0057 EMC
12                                       )
                                         )
13          Plaintiff,                   )        **STIPULATION AND PROPOSED**
                                         )        **ORDER CONTINUING STATUS**
14                                       )        **HEARING DATE**
           vs.                           )
15                                       )
                                         )
16  CAEZARINE DONELSON,                  )
                                         )
17          Defendant.                   )
   _____)

18

19                          **STIPULATION**
   The parties stipulate as follows:
20
   1.     Mr. Donelson recently received discovery materials numbering over 800 pages. There
21
          also is a video recording which neither Mr. Donelson nor counsel have viewed to date. It
22
          would be the defense request to continue the Status Hearing in this matter to a future date
23
          to allow for the viewing.
24
   2.     Counsel for the Government has no objection to this matter being continued until June
25
          20, 2012 at 2:30 p.m.
26

27

28

1    3.    The parties further stipulate and agree that the time between May 9, 2012 and June 20,

2          2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. §

3          3161(h)(7)(B)(iv) to allow effective preparation of counsel.

4

5

6    IT IS SO STIPULATED

7

8
     DATED: May 8, 2012                                        -S-
9                                            _____
                                             KEVIN BARRY
10                                           Assistant United States Attorney

11

12   DATED: May 8, 2012

13                                                            -S-
                                             _____
14                                           JAMES PHILLIP VAUGHNS.
                                             Attorney for Defendant DONELSON
15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          - 2 -

1
2
3
4
5              UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7              SAN FRANCISCO DIVISION

8
9
10   UNITED STATES OF AMERICA,     )        NO.: CR 12-0057 EMC
                                   )
11          Plaintiff,             )
                                   )
12      vs.                        )
                                   )        **ORDER**
13                                 )
                                   )
14   CAEZARINE DONELSON,           )
                                   )
15          Defendant.             )
     _____)
16
17
             The Court hereby ORDERS that the Status Hearing scheduled for May 9, 2012 be
18
     vacated and rescheduled for June 20, 2012, at 2:30 p.m. Time shall be excluded from
19
     May 9, 2012 through June 20, 2012 to facilitate the effective preparation of counsel.
20
21
22
             May 8, 2012
23   DATED:_____                              IT IS SO ORDERED

24                                                  _____
                                                    Judge Edward M. Chen
25
26
27
28