1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California   94611
3  Telephone:  510-583-9622
   Facsimile: 510-886-7218
4
   Attorney for Caezarine DONELSON
5

6

7                    **UNITED STATES DISTRICT COURT**

8                  **NORTHERN DISTRICT OF CALIFORNIA**

9                      **SAN FRANCISCO DIVISION**

10

11
   UNITED STATES OF AMERICA,           )       NO.: CR 12-0057 EMC
12                                      )
                                        )
13         Plaintiff,                   )       **STIPULATION AND P~~RO~~POSED
                                        )       ORDER CONTINUING STATUS
14                                      )       HEARING DATE**
           vs.                          )
15                                      )
                                        )
16  CAEZARINE DONELSON,                 )
                                        )
17         Defendant.                   )
   _____)

18

19                        **STIPULATION**
   The parties stipulate as follows:
20
   1.    Mr. Donelson recently received written discovery materials numbering over 800 pages. In
21
         addition to the written discovery, counsel is informed that there are videos and other
22
         electronic discovery to be viewed.
23
   2.    It would be the defense request to continue the Status Hearing in this matter to a date after
24
         July 11, 2012 because, on that date, counsel and Mr. Donelson are hopeful of being able
25
         to review that discovery at Government counsel's office.
26
   2.    Counsel for the Government has no objection to this matter being continued until July 18,
27
         2012 at 2:30 p.m.
28

1

2　　3.　　The parties further stipulate and agree that the time between July 11, 2012 and July 18,

3　　　　　　2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. §

4　　　　　　3161(h)(7)(B)(iv) to allow effective preparation of counsel.

5

6

7　　IT IS SO STIPULATED

8

9

10　DATED: July 10, 2012　　　　　　　　　　　　　　　　　　-*S*-

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
11　　　　　　　　　　　　　　　　　　　　　　　　　　　KEVIN BARRY
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
12

13　DATED: July 10, 2012

14　　　　　　　　　　　　　　　　　　　　　　　　　　　-*S*-

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
15　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES PHILLIP VAUGHNS.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant DONELSON
16

17

18

19

20

21

22

23

24

25

26

27

28　　　　　　　　　　　　　　　　　　　　　　- 2 -

1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **NORTHERN DISTRICT OF CALIFORNIA**

7 **SAN FRANCISCO DIVISION**

8

9

10 UNITED STATES OF AMERICA, ) NO.: CR 12-0057 EMC
)
11 Plaintiff, )
)
12 vs. )
) **ORDER**
13 )
)
14 CAEZARINE DONELSON, )
)
15 Defendant. )
_____ )
16

17

18       The Court hereby ORDERS that the Status Hearing scheduled for July 11, 2012 be

19 vacated and rescheduled for July 18 2012, at 2:30 p.m. Time shall be excluded from

20 July 11, 2012 through July 18, 2012 to facilitate the effective preparation of counsel.

21

22

23 DATED:_____  7/10/12

24 _____
Hon. EDWA
United States

25 IT IS SO ORDERED

26 Judge Edward M. Chen

27

28 - 3 -