JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Caezarine DONELSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 12-0057 EMC |
| Plaintiff, | **STIPULATION AND P~~RO~~POSED ORDER CONTINUING STATUS HEARING DATE** |
| vs. | |
| CAEZARINE DONELSON, | |
| Defendant. | |

**STIPULATION**

The parties stipulate as follows:

1. Mr. Donelson recently received written discovery materials numbering over 800 pages. In addition to the written discovery, counsel is informed that there are videos and other electronic discovery to be viewed.

2. It would be the joint request of counsel to continue the Status Hearing in this matter to a date after August 8, 2012 because Mr. Donelson has not yet been able to view the remaining discovery provided by the Government and counsel for the Government is currently seeking approval for a draft Plea Agreement.

3. Both counsel would request that the matter be continued until August 22, 2012 at 2:30 p.m. or thereafter at the Court's convenience.

4. The parties further stipulate and agree that the time between August 8, 2012 and August 22, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: August 7, 2012

-S-
_____
KEVIN BARRY
Assistant United States Attorney

DATED: August 7, 2012

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DONELSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 12-0057 EMC |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| CAEZARINE DONELSON, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the Status Hearing scheduled for August 8, 2012 be vacated and rescheduled for August 22, 2012, at 2:30 p.m. Time shall be excluded from August 8, 2012 through August 22, 2012 to facilitate the effective preparation of counsel.

DATED: 8/8/12

_____
Hon. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
Judge Edward M. Chen