UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED
AUG 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, | NO.: CR 12-0057 EMC |
| Plaintiff, | STIPULATION RE: CONDITIONS OF RELEASE |
| vs. | |
| CAEZARINE KILO DONELSON, | |
| Defendant. | |

The Court hereby ORDERS that the conditions of release set for defendant CAEZARINE KILO DONELSON be modified to allow him to reside at the residence of Lora Jackson, 2273 Warfield Drive, Apartment C, San Jose, California 95148. He shall submit to location (electronic) monitoring and shall only leave for court, legal and medical appointments, employment, and as otherwise directed by Pretrial Services. He shall contribute to the cost of electronic monitoring as directed by Pretrial Services.

All other terms and conditions would remain as previously ordered on February 16, 2012.

Dated: 8-8-12

MARIA-ELENA JAMES
United States Magistrate Judge

- 3 -