JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Caezarine DONELSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 12-0057 EMC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS HEARING DATE (Modified) |
| vs. | |
| CAEZARINE DONELSON, | |
| Defendant. | |

## STIPULATION

The parties stipulate as follows:

1. Mr. Donelson recently received a change in his custodial status, being allowed to reside away from the Halfway House. Additionally, counsel for Mr. Donelson recently received a draft Plea Agreement in this matter. Due to Mr. Donelson's change in residence and the recent receipt of the Agreement, counsel for Mr. Donelson requires a reasonable amount of time in which to review the Agreement with Mr. Donelson.

2. Counsel for the Government has no objection to this matter being continued until September 13, 2012, at 2:30 p.m.

3. The parties further stipulate and agree that the time between August 22, 2012 and September 13, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: August 21, 2012

-S-
_____
KEVIN BARRY
Assistant United States Attorney

DATED: August 12, 2012

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DONELSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 12-0057 EMC |
| Plaintiff, | |
| vs. | **ORDER** |
| CAEZARINE DONELSON, | |
| Defendant. | |

The Court hereby ORDERS that the Status Hearing scheduled for August 22, 2012 be vacated and rescheduled for September ~~13~~ 12, 2012, at 2:30 p.m. Time shall be excluded from August 22, 2012 through September ~~13,~~ 12 2012 to facilitate the effective preparation of counsel.

DATED: 8/21/12



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 3 -