```
 1  JAMES PHILLIP VAUGHNS, State Bar #124040
    Law Offices of James Phillip Vaughns
 2  6114 LaSalle Avenue, Ste 289
    Oakland, California 94611
 3  Telephone: 510-583-9622
    Facsimile: 510-886-7218
 4
    Attorney for Caezarine DONELSON
 5
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 12-0057 EMC |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CHANGE OF PLEA HEARING DATE** |
| vs. ) | |
| CAEZARINE DONELSON, ) | |
| Defendant. ) | |

**STIPULATION**

The parties stipulate as follows:

1. Mr. Donelson recently received new, revised, proposed disposition terms from AUSA Kevin Barry.

2. Mr. Donelson has not yet received the Pre-Plea Presentence report due to the requirement that a consent form be signed and returned to the U.S. Probation Officer. Counsel mailed the form to Mr. Donelson, but has not received it back to date. Moreover, counsel has not yet been able to discuss the new, revised, plea terms with him.

3. AUSA Barry has no objection to this matter being continued to April 3, 2013, at 2:30 p.m.

4. The parties further stipulate and agree that the time between March 20, 2013 and April 3, 2013 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: March 18, 2013

-S-
_____
KEVIN BARRY
Assistant United States Attorney

DATED: March 18, 2013

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DONELSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 12-0057 EMC |
| Plaintiff, | |
| vs. | **ORDER** |
| CAEZARINE DONELSON, | |
| Defendant. | |

The Court hereby ORDERS that the Change of Plea Hearing scheduled for March 20, 2013 be vacated and rescheduled for April 3, 2013, at 2:30 p.m. Time shall be excluded from March 20, 2013 through April 3, 2013 to facilitate the effective preparation of counsel.

DATED: 3/20/13



Hon.
United
Judge Edward M. Chen
IT IS SO ORDERED