JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-735-8658

Attorney for Caezarine DONELSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CAEZARINE DONELSON, <br><br> Defendant. | NO.: CR 12-0057 EMC <br><br> **STIPULATION AND P~~ROPOSED~~ ORDER CONTINUING SENTENCING HEARING DATE** |

## STIPULATION

The parties stipulate as follows:

1. An interview with U.S. Probation Officer Charlie Mabie and Mr. Donelson has not yet occurred.

2. Because of that, a draft Presentence Report ("PSR") has not been prepared and neither the Government, nor the defense is prepared to go forward with sentencing as scheduled.

3. A interview has been scheduled for the following week and should allow for the preparation of a draft PSR in short order.

4. The parties, therefore jointly request that the Sentencing Hearing in this matter be vacated and re-scheduled for ~~October 30,~~ November 6, 2013. Thus, all parties will have sufficient time to prepare the draft PSR, draft objections if needed, and have a final PSR completed.

5. USPO Charlie Mabie concurs with this request.

IT IS SO STIPULATED

DATED: August 15, 2013

-S-
_____
KEVIN BARRY
Assistant United States Attorney

DATED: August 15, 2013

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DONELSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAEZARINE DONELSON,

    Defendant.

NO.: CR 12-0057 EMC

**ORDER**

The Court hereby ORDERS that the Sentencing Hearing scheduled for August 21, 2013 be vacated and rescheduled for ~~October 30, 2013~~, at 2:30 p.m.
November 6, 2013

DATED: 8/19/13

_____
Hon. EDWARD M. CHEN
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 3 -