**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>CAEZARINE DONELSON,<br><br>Defendant. | NO.: CR 12-0057 EMC<br><br><br><br>**ORDER** |

The Court hereby ORDERS that the Sentencing Hearing scheduled for November 4, 2013 be vacated and rescheduled for December 18, 2013, at 2:30 p.m.

DATED: 11/05/2013




Hon. EDWARD M
Unit